[No. 7,860.—In Bank.]

## CONOLLY AND G. M. G. COMPANY *v.* KEYSER.

The COURT:

Upon the authority of North Bloomfield Mining Company, 7,858, demurer overruled, with leave for respondent to answer within ten days.

---

[No. 7,861.—In Bank.]

## MILTON MINING COMPANY *v.* KEYSER.

The COURT:

Upon the authority of North Bloomfield Gravel Mining Company *v.* Keyser, 7,858, demurrer overruled, with leave to respondent to answer within ten days.